UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

       - v. -

BEKIM FISEKU, and
SEFEDIN JAJAGA

              Defendant.

- - - - - - - - - - - - - - - - - x

**SEALED INDICTMENT**

15 Cr.

**15 CRIM 384**

COUNT ONE

The United States Attorney charges:

1.   In or about September 2014, in the Southern District of New York and elsewhere, BEKIM FISEKU and SEFEDIN JAJAGA, the defendants, and others known and unknown, willfully and knowingly did combine, conspire, confederate, and agree together and with each other to commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and would and did thereby obstruct, delay and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, FISEKU and JAJAGA, and others known and unknown, agreed to commit a robbery of an individual engaged in narcotics trafficking.

(Title 18, United States Code, Section 1951(a).)

_____
FOREPERSON

_____
PREET BHARARA
United States Attorney

**JUDGE ENGELMAYER**