JAMES R. FROCCARO, JR.
Attorney at Law
20 Vanderventer Avenue, Suite 103W
Port Washington, NY 11050
telephone: (516) 944-5062
fax: (516) 944-5066
email:  JRFESQ61@aol.com

November 13, 2020

<u>BY ECF</u>
Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  <u>United States v. Bekim Fiseku</u>
15 Cr 384 (PAE)

Dear Judge Engelmayer:

     I hope all is well with Your Honor.  I write regarding the Order issued by the Court reappointing me as counsel for Mr. Fiseku for the purpose of submitting a letter memorandum in support of the compassionate release motion he forwarded to the Court <u>pro se</u>.  <u>See</u> ECF Doc 115.  By this letter, I am respectfully requesting that I be relieved from this obligation and that CJA counsel be appointed in my place and stead.  I am not on any CJA panels. I was retained counsel for Mr. Fiseku in connection with his prior proceedings before Your Honor, and my request to be relieved as his lawyer for a number of reasons, was granted by this Court immediately after his sentencing.  CJA counsel was appointed to represent Mr. Fiseku going forward in connection with the appeal he filed before the Second Circuit.

Respectfully submitted,

/JRF/

James R. Froccaro, Jr.

**GRANTED.** The Court relieves Mr. Froccaro and appoints Mr. Sam Schmidt, Esq., as counsel for Mr. Bekim Fiseku in this case. The Clerk of Court is requested to terminate the motion at Dkt. No. 117.

11/16/2020

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge
