# LAW OFFICE OF SAM A. SCHMIDT
115 BROADWAY Suite 1704
NEW YORK, N.Y.  10006
(212) 346-4666
FACSIMILE (212) 346-4668
E-mail lawschmidt@aol.com

**Sam A. Schmidt, Esq.**
_____

November 13, 2020

Honorable Paul A. Engelmayer, USDJ
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

      Re: U.S. v. Bekim Fiseku
       15 Cr. 384(PAE)

Dear Judge Engelmayer:

  I respectfully request that I have until December 21, 2020 to file a memorandum in support of Mr. Fiseku's motion for compassionate release. I suggest that the Government's response be due December 29, 2020.

          Sincerely yours,
            /s/
          Sam A. Schmidt

**GRANTED.** The above deadline modifications are approved. The Clerk of Court is requested to the terminate the motion at Dkt. No. 116.

11/16/2020

        SO ORDERED.

         _____
          PAUL A. ENGELMAYER
          United States District Judge