UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

BEKIM FISEKU,

Defendant.

15-CR-384-01 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court today received the attached two letters on behalf of the pending application for release of defendant Fiseku.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: November 17, 2020
        New York, New York

Fahreta Fiseku

175 Garfield Avenue

Staten Island, N.Y. 10305


October 16, 2020


Honorable Paul A. Engelmayer

United States District Judge

U.S. District Court for the Southern District of New York

40 Foley Square

New York, N.Y. 10007


Re: United States v. Bekim Fiseku

   Case No. 15 Cr. 384 (PAE)


Dear Judge Engelmayer,

   As you may recall I am Bekim Fiseku's ex-wife. He was sentenced before you in April 2017. He currently has a motion pending before you for compassionate release based on the coronavirus world-wide pandemic. Again, I am writing to you seeking leniency for the father of our children and our entire family.

   When you sentenced Bekim in 2017 you could not have foreseen the ramifications of this terrible pandemic that has taken the lives of over 200,000 people in the United States. Over 126 inmates have died in the BOP because of this virus. These inmates were parents, siblings and children, just like Bekim. Their deaths were surely preventable. 93 of them were at a higher risk of complication from COVID-19 because of pre-existing conditions which the BOP were aware of. 18 of those people died while their compassionate release motions were pending and some were granted relief but never made it home.

   As you may know from Bekim's medical records he weights over 225 pounds and is considered obese. I am sure he is heavier now since being locked in the cell or unit since late February. His family and I are very worried about him because we continuously read the stories in the newspapers about how the virus explodes once it gets inside a prison. Bekim and I have two sons which you may recall. They as

well worry about him from seeing the continuous coverage and so much death on the news related to the coronavirus.

Before the BOP wide lockdown due to COVID-19, on March 1st, Bekim would call home every day and talk to our children. They had been visiting him as well. His positive attitude was a very big influence on our children. The visits were cancelled in February and phone calls were limited to 5 minutes a day and now 8 minutes a day. Bekim can not call every day as he has other family members to speak with, including his mother.

It has been very difficult for the kids while Bekim is in prison. With schools and day care closed I am unable to seek employment because I have to watch the children. I have spoken with Bekim's former employer, Medat Krcista, who has told me that Bekim has employment available at his construction company when he is released.

Bekim's incarceration has been very hard on our children's lives without their father here to guide them. At least before the BOP lockdown Bekim was able to speak with the boys every day and we were able to visit with him where he could speak with the boys, one on one. Bekim was able to keep the boys in line and encourage them to do good in school.

The BOP recently announced that they will reopen visitation in October. Each visit will be for one-hour, every two weeks. There will be no contact allowed, not even with children and, each inmate will have a specific time and day when they can visit. We will not be traveling to Pennsylvania at this time due to the cost of traveling and that COVID-19 is still very much present in many BOP institutions as I have read on-line. FCI Schuylkill has a quarantine unit there now for inmates transferring within the region or designated at Schuylkill. Certainly the virus is going to spread throughout the prison eventually with these type of inmates there and as long as Schuylkill officials continue to transfer inmates into the prison. This makes it even more imperative that Bekim is allowed to come home early then originally projected before the virus spreads in the prison and he becomes very sick or worse.

I can tell you that Bekim has grown as a person in these past five years. He is very remorseful for his past bad choices. He has been studying books on finance and business we send to him concerning small business and other useful subjects he has asked for which shows he is preparing his mind and thinking positively about the future. He has been told and completely understands that if he gets in trouble one more time I told him he won't see his kids again. He is ready to turn 50 and it is time he gets his life in order for himself and for our boys.

He is completely aware how hard it has been for me as a single mother taking care of two young boys during this pandemic. This is all a direct result of his poor choices. We have been in financial ruin which affects all of our lives.

I truly believe Bekim has learned his lesson. He sees where crime has taken his life. He has lost everything, even me. He has left our children without a father being physically present in their lives and it has taken a toll on him as well as the boys. He is also living in fear for our health and safety from the coronavirus and civil unrest going on all over the country. He sounds like he is under a lot of stress worrying about us as well as the coronavirus spreading in the prison. I am sure these lockdowns are not helping with his mental health and his declining health.

Bekim has had five long years to think about the effects that his bad choices have had on his life as well as our children. He definitely regrets what he did. These are very hard times for everyone and we are all adapting to a new way of life, which is very frustrating and difficult for children to understand. This is an important time when we all need Bekim home, especially his aging mother.

Bekim has stayed out of trouble while in prison. He has continuously taken a lot of classes to better himself and prepare for his release. He has employment established and a residence if he is released. We are all here to help him integrate back into society.

Please consider releasing Bekim and giving him a second chance. I truly believe he will not risk losing his freedom and family again. God knows how much we need him home here with us during these troubling times. Your decision will have a great effect on our lives as well. Thank you for your consideration.

Sincerely yours,

*Fahreta Fiseku*

Fahreta Fiseku

Fahreta Fiseku
175 Garfield Avenue
Staten Island N.Y. 10305

Rec'd 11/17/20
pry

Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square   New York, N.Y. 10007

NEW YORK NY 100
13 NOV 2020 PM 13 L
USSDNY

10007-150729

KUJTIME FISEKU

175 GARFIELD AVENUE

STATEN ISLAND, NEW YORK 10305

October 20, 2020

Honorable Paul A. Engelmayer
United States District Judge
U.S. District Court for the Southern District of New York
40 Foley Square
New York, N.Y. 10007

Re: United States v. Bekim Fiseku

   Case No. 15 Cr. 384 (PAE)

Dear Judge Engelmayer,

    I am writing to your honor because my son told me he has a chance at coming home early, to hear this brought complete joy to me, if your honor sees fit so I felt the need to personally write to your honor about my current and pending predicament. As your honor is well aware of the crisis going on in our country and the harsh effect especially to those living paycheck to paycheck. At this moment I have a mortgage that I took out 13yrs ago to loan Bekim for his wedding for which I have about 3 yrs. left to finish paying off, I live on social security and have income coming from 2 tenants that is keeping me afloat....

    My knee was replaced 3 yrs. ago and now my other knee needs to be replaced which has limited my movement significantly because of the pain from my weight gain due to staying at home and because of my risk factors, the danger outweighs the benefits for an operation.

Your honor within 3-4 months both my tenants, my sister who is temporarily renting because she is in the process of building a new house and has been renting the apt for the past 18 months is moving out within 3-4 months and my other tenant is 65 yrs. old and is moving to NC to be closer to her brother also within the next 4 -6 months and under these uncertain times it's only a matter of time that I will be in financial straits or worse....

Your honor Bekim is almost 50 and I am almost 70 exactly 20 yrs. older than Bekim... We have been through a lot in the past 30 yrs., me losing my husband to aids in 1992 and Bekim losing his father to aids... your honor, I need my son home now more than ever... I need his help so I can live out these yrs. in peace... I can honestly say my son has changed ever since he became a father and has watched his sons grow from afar... all he talks about are his sons and how he wants to be there for them because of their age.... I beg your honor to release my son to the same house we have lived since 1986 and where I guarantee he will abide by any restrictions your honor sees fit so that he can help me in these uncertain times that seem to be getting worse and worse...

Sincerely yours,

Kujtime Fiseku

*Fiseku Kujtine*

Tahreta Fiseku
75 Garfield Avenue
Staten Island, NY 10305

USM 40LD SDNY

Rec'd 11/17/1-

NEW YORK NY 100
13 NOV 2020 PM 13 L

Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square ❊ NewYork, N.Y. 10007

10007-150729