UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>BEKIM FISEKU,<br><br>Defendant. | 15 Cr. 384 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has received a supplemental memorandum from counsel for defendant Bekim Fiseku, in support of Fiseku's motion for compassionate release. Dkt. 121. In light of that early filing, and its statements concerning the reported increase in COVID-19 cases at FCI Schuylkill, the Government's response is due by December 17, 2020.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: December 10, 2020
       New York, New York