UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    -v-<br><br>BEKIM FISEKU,<br><br>                              Defendant. | 15 Cr. 384-1 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has received the attached letter from defendant Bekim Fiseku, seeking compassionate release in light of his contracting COVID-19 while incarcerated. Recently, the Court denied a motion for compassionate release from Mr. Fiseku, *see* Dkt. 130, and two weeks ago, denied his motion for reconsideration, *see* Dkt. 131.

The Court regrets Mr. Fiseku's recent illness, and that his symptoms were as severe as they appear to have been. However, the factors that have led the Court twice now to deny compassionate release—including the need for just punishment, specific deterrence, and protection of the public—continue to counsel against release at this time. The Court accordingly denies the application for compassionate release. The Court wishes Mr. Fiseku a full and speedy recovery.

The Clerk of Court is respectfully directed to mail a copy of this order and the order at docket 131 to Mr. Fiseku.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: March 2, 2021
       New York, New York

United States of America

Bekim Fiseku

15-CR-384

Honorable Paul A. Engelmayer     2/17/21

On 2/16/21 after almost 5-7 days of symptoms being displayed throughout the unit 3A by the majority of inmates, me and my cellmate and over 70% of the inmates tested positive for the Covid-19. My worst nightmare that has been reoccuring for over 11 months of lockdowns and segregation has finally come to fruition and materialized. Since going on lockdown since the afternoon of 2/11/21 I have been going through a roller coaster of symptoms. I have slept for almost 48hrs streight on 2/11/21 - 2/13/21. I have never been so fatigued in my entire life. From 2/12/21 until 2/15/21 I have been experiencing chills and sweats and headaches causing me to change my clothes twice a day due to the sweating. I cannot taste or smell anything for over a week and counting. My body feels like I was punished mercilessly and left battered by an unknown assailant bruised and aching.

I have a skin rash by my armpits and upper thighs that feel like I'm being pricked by needles. I feel totally wiped out of energy and my thoughts feel hazy and muddled. Even though It seems like I survived covid I feel lost and empty and in fear of the lingering symptoms.

Your Honor I am in need of proper medical care for these symptoms that the staff here at Schuylkill are not capable of providing. I am in need of rehabilitation, testing of heart, brain and lung damage that might of been caused by the virus.

I am asking the court for immediate release to seek out proper medical care, rehabilitation and treatment for long term damage created by covid after contracting the virus.

Respectfully
Bekim Fiseku