UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
　　　　　　　　　　　　　　　　　　　　　　　:
UNITED STATES OF AMERICA,　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　-v-　　　　　　　　　　　　　　　:　　　15-CR-384-01 (PAE)
　　　　　　　　　　　　　　　　　　　　　　　:
BEKIM FISEKU,　　　　　　　　　　　　　　　　:　　　SCHEDULING ORDER
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　Defendant.　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:
------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

　　　For the reasons stated on the record at today's conference, the Court hereby sets the following schedule and deadlines:

- An evidentiary hearing in this case is scheduled for **June 24, 2025** at **9:30 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

- The Government shall produce any 3500 materials by **June 17, 2025**.

- The Government shall file a letter previewing the evidence it expects to present at the hearing by **June 20, 2025**.

SO ORDERED.

Dated: May 13, 2025
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　PAUL A. ENGELMAYER
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge