UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

BEKIM FISEKU,

Defendant.

15-CR-384-01 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has received the attached letter from the Federal Bureau of Prisons, stating that, contrary to the instruction in the Court's judgment, BOP is obliged by regulation to give defendant Bekim Fiseku credit for his time in custody between June 24, 2025 through August 13, 2025. In light of this determination, the Court directs Government counsel to promptly to communicate this fact to the prosecutors in Fiseku's pending New York State case, so that it can be brought to the attention of the judge in that case in connection with any sentencing proceeding. This Court's firm view – and its expressed intention at the time it sentenced Fiseku – is that any sentence imposed in the state case should run entirely consecutive to (and not at all concurrent with) the two-year sentence that this Court imposed for Fiseku's gravely serious violations of supervised release. The Court asks the state-court judge in Fiseku's case, at any sentencing proceeding, to sentence Fiseku consistent with this Court's intention that the federal and state sentences be entirely consecutive.

1

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: December 5, 2025
      New York, New York



**U.S. Department of Justice**

**Federal Bureau of Prisons**

*Designation and Sentence Computation Center*

*U.S. Armed Forces Reserve Complex*
*346 Marine Forces Drive*
*Grand Prairie, Texas 75051*

November 13, 2025

The Honorable Paul A. Engelmayer
United States District Judge
 for the Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

Re:  United States v. Bekim Fiseku
     Case Number: 15-CR-384-01
     Federal Register Number: 59080-053

Dear Judge Engelmayer:

On August 13, 2025, the Court sentenced Mr. Fiseku to a
24-month term of imprisonment for the Revocation of Supervised
Release, Case Number 15-CR-384-01.  This letter is in response to the
Court's order that Mr. Fiseku receive no credit for time in custody
starting June 24, 2025, through August 13, 2025, because it will be
credited to the state case.

Unfortunately, the Bureau of Prisons could not comply with your order
directing the Bureau to withhold prior custody credit.  Mr. Fiseku was
initially arrested on February 12, 2025, by the United States Marshals
Service (USMS) as a primary federal inmate and stayed in their custody
until sentenced on August 13, 2025.  Credit was applied from
February 12, 2025, through August 12, 2025, in accordance with Title
18 U.S.C. § 3585(b).

Therefore, the Bureau is unable to follow the Court's sentencing order
directing Mr. Fiseku receive no credit for time served from
June 24, 2025, through August 13, 2025.  The Bureau strives to
administer sentences in accordance with federal statute and Bureau
policy, and to achieve the intent of the federal sentencing Court.
Should you require additional information, please contact Julie Dreewes,
Operations Manager at (972)623-5969.

Sincerely,

Erica Strong, Chief
Designation and Sentence Computation Center